FORM 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| JINKO SOLAR IMPORT AND EXPORT CO., LTD.; JINKO SOLAR CO., LTD.; JINKOSOLAR TECHNOLOGY (HAINING) CO., LTD.; YUHUAN JINKO SOLAR CO., LTD.; ZHEJIANG JINKO SOLAR CO., LTD.; JIANGSU JINKO TIANSHENG SOLAR CO., LTD.; JINKOSOLAR (CHUZHOU) CO., LTD.; JINKOSOLAR (YIWU) CO., LTD.; and JINKOSOLAR (SHANGRAO) CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | **SUMMONS** <br><br> Court No. 22-00219 |

TO: The Attorney General and the U.S. Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

1. Name and standing of plaintiff: The Plaintiffs in this action are Jinko Solar Import and Export Co. Ltd.; Jinko Solar Co., Ltd.; Jinkosolar Technology (Haining) Co., Ltd.; Yuhuan Jinko Solar Co., Ltd.; Zhejiang Jinko Solar Co., Ltd.; Jiangsu Jinko Tiansheng Solar Co., Ltd.; Jinkosolar (Chuzhou) Co., Ltd.; Jinkosolar (Yiwu) Co., Ltd.; and Jinkosolar (Shangrao) Co., Ltd.  As Chinese producers and/or exporters of Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, Plaintiffs are interested parties within the meaning of 19 U.S.C. § 1677(9)(A), and were parties to the proceeding that led to the determination being challenged.  Plaintiffs participated in the proceeding through the submission of questionnaire responses and written arguments.  As such, Plaintiffs have standing to challenge the determination at issue pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

2. Brief description of the contested determination: The contested determination is the U.S. Department of Commerce's final results in the administrative review of the antidumping

duty order on of Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules from The People's Republic of China.  *See* <u>Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From the People's Republic of China: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2019-2020</u>, 87 Fed. Reg. 38,379 (June 28, 2022).  This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(iii) and 28 U.S.C. § 1581(c).  This Summons is being filed within 30 days of the publication in the Federal Register of the final determination and is timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A).

3. <u>Effective date of the determination</u>: June 28, 2022.

4. <u>Date of publication in the Federal Register of the contested determination</u>: June 28, 2022.

        Respectfully submitted,

        /s/ *Ned H. Marshak*
        Ned H. Marshak*
        Elaine F. Wang
        Brandon M. Petelin
        Dharmendra Choudhary
        Jordan C. Kahn

        GRUNFELD, DESIDERIO, LEBOWITZ SILVERMAN & KLESTADT LLP
        1201 New York Ave., NW, Suite 650
        Washington, DC 20005
        (202) 783-6881
        and
        *599 Lexington Avenue, 36th Floor
        New York, NY 10022
        (212) 557-4000

Dated:  July 27, 2022

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. §1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-In-Charge  
International Trade Field Office  
Commercial Litigation Branch  
**U.S. Department of Justice**  
26 Federal Plaza  
New York, New York 10278  

Director, Civil Division  
Commercial Litigation Branch  
**U.S. Department of Justice**  
1100 L Street, NW  
Washington, DC 20530  

General Counsel  
**U.S. Department of Commerce**  
14th Street & Constitution Ave., NW  
Washington, D.C. 20230  

　　　　　　　　　　　　　　　　　　　　　　　The Honorable Mario Toscano  
　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Court  

Date: July__, 2022　　　　　　　　　　　By:_____