

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
Claire R. Kelly
Judge

May 1, 2024

Ned Herman Marshak, Esq.
Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP
599 Lexington Avenue
36th Floor
New York, NY 10022
Email:      nmarshak@gdlsk.com

Brandon Michael Petelin, Esq.
Dharmendra Narain Choudhary, Esq.
Elaine Fang Wang, Esq.
Jordan Charles Kahn, Esq.
Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP
1201 New York Avenue, NW
Suite 650
Washington, DC 20005
Email:      bpetelin@gdlsk.com
            dchoudhary@gdlsk.com
            ewang@gdlsk.com
            jkahn@gdlsk.com

Jonathan Michael Freed, Esq.
Kenneth Neal Hammer, Esq.
Robert George Gosselink, Esq.
Trade Pacific PLLC
700 Pennsylvania Avenue, SE
Suite 500
Washington, DC 20003
Email:      jfreed@tradepacificlaw.com
            khammer@tradepacificlaw.com
            rgosselink@tradepacificlaw.com

Gregory Stephen Menegaz, Esq.
deKieffer & Horgan, PLLC
1156 15th Street, NW
Suite 1101
Washington, DC 20005
Email:       gmenegaz@dhlaw.com

Alexandra H. Salzman, Esq.
James Kevin Horgan, Esq.
Vivien Jinghui Wang, Esq.
1090 Vermont Avenue, NW
Suite 410
Washington, DC 20005
Email:       asalzman@dhlaw.com
             kevin.horgan@dhlaw.com
             vwang@dhlaw.com

Jeffrey Sheldon Grimson, Esq.
Bryan Patrick Cenko, Esq.
Jill A. Cramer, Esq.
Kristin Heim Mowry, Esq.
Sarah Marie Wyss, Esq.
Yixin (Cleo) Li, Esq.
Mowry & Grimson, PLLC
5335 Wisconsin Avenue, NW
Suite 810
Washington, DC 20015-2052
Email:       jsg@mowrygrimson.com
             bpc@mowrygrimson.com
             jac@mowrygrimson.com
             khm@mowrygrimson.com
             smw@mowrygrimson.com
             cyl@mowrygrimson.com

Craig Anderson Lewis, Esq.
Nicholas W. Laneville, I, Esq.
Hogan Lovells US LLP
Columbia Square Building
555 Thirteenth Street, NW
Washington, DC 20004
Email:       craig.lewis@hoganlovells.com
             nicholas.laneville@hoganlovells.com

Case 1:22-cv-00219-CRK     Document 77     Filed 05/01/24     Page 3 of 3

Consol. Court No. 22-00219                                                                            Page **3** of **3**

Kara Marie Westercamp, Esq.
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Email:          kara.m.westercamp@usdoj.gov

Timothy C. Brightbill, Esq.
Laura El-Sabaawi, Esq.
Paul A. Devamithran, Esq.
Wiley Rein, LLP
2050 M Street, NW
Washington, DC 20036
Email:          tbrightbill@wiley.law
                lel-sabaawi@wiley.law
                pdevamithran@wiley.law

    Re:    *Jinko Solar Import and Export Co. Ltd. et al v. United States*
            Consol. Court No. 22-00219

Dear Counsel:

    It is my intention to issue a public version of the Opinion and Order in the above-captioned proceeding on or shortly after Thursday, May 9, 2024. The court has double-bracketed information that was designated as confidential in the underlying record. However, out of an abundance of caution, I would like you to review the Opinion and Order and inform the court by Wednesday, May 8, 2024 in writing, (1) whether any information not already in brackets is confidential and should be double-bracketed in the public version, or (2) whether any information already in brackets is not confidential and should not be double-bracketed in the public version. If you do believe any additional information should or should not be redacted from the public version, please state the basis for your belief.

    Thank you for your assistance.

                                            Sincerely,

                                            /s/ Claire R. Kelly
                                            Claire R. Kelly, Judge