UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 12

---

JINKO SOLAR IMPORT AND EXPORT CO. LTD., ET AL.,

Plaintiff,

v.

UNITED STATES

Defendant.

---

Consolidated Court No.   22-00219

## NOTICE OF SUBSTITUTION OF ATTORNEY

**PLEASE TAKE NOTICE** that The Inter-Global Trade Law Group PLLC has been substituted as attorney of record for plaintiff in this action in place of deKieffer & Horgan, PLLC.

Dated: 3/08/2025

Risen Energy Co., Ltd.

Plaintiff

By: Li Zhigang

\* \* \* \* \* \* \* \* \*

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby appears in this action as attorney for Risen Energy Co., Ltd., the plaintiff herein, and requests that all papers in connection therewith be served upon him.

☑ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Gregory S. Menegaz.

Dated: 3/08/2025

Gregory S. Menegaz; Alexandra H. Salzman; Vivien J. Wang
Attorney

1156 Fifteenth Street NW, Ste 1101
Street Address

Washington, DC 20005
City, State and Zip Code

By: Gregory S. Menegaz; Alexandra H. Salzman; Vivien J. Wang
New Attorney of Record

(As amended June 5, 2015, eff. July 1, 2015.)