

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
Claire R. Kelly
Judge

May 30, 2025

Ned Herman Marshak, Esq.
Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP
599 Lexington Avenue
36th Floor
New York, NY 10022
Email:      nmarshak@gdlsk.com

Brandon Michael Petelin, Esq.
Dharmendra Narain Choudhary, Esq.
Elaine Fang Wang, Esq.
Jordan Charles Kahn, Esq.
Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP
1201 New York Avenue, NW
Suite 650
Washington, DC 20005
Email:      bpetelin@gdlsk.com
            dchoudhary@gdlsk.com
            ewang@gdlsk.com
            jkahn@gdlsk.com

Jonathan Michael Freed, Esq.
Kenneth Neal Hammer, Esq.
Robert George Gosselink, Esq.
Trade Pacific PLLC
700 Pennsylvania Avenue, SE
Suite 500
Washington, DC 20003
Email:      jfreed@tradepacificlaw.com
            khammer@tradepacificlaw.com
            rgosselink@tradepacificlaw.com

Case 1:22-cv-00219-CRK    Document 133    Filed 05/30/25    Page 2 of 4

Consol. Court No. 22-00219                                    Page **2** of 4

Gregory Stephen Menegaz, Esq.
deKieffer & Horgan, PLLC
1156 15th Street, NW
Suite 1101
Washington, DC 20005
Email:        gmenegaz@dhlaw.com

Alexandra H. Salzman, Esq.
Vivien Jinghui Wang, Esq.
1090 Vermont Avenue, NW
Suite 410
Washington, DC 20005
Email:        asalzman@dhlaw.com
              vwang@dhlaw.com

Jeffrey Sheldon Grimson, Esq.
Bryan Patrick Cenko, Esq.
Jill A. Cramer, Esq.
Kristin Heim Mowry, Esq.
Sarah Marie Wyss, Esq.
Yixin (Cleo) Li, Esq.
Mowry & Grimson, PLLC
5335 Wisconsin Avenue, NW
Suite 810
Washington, DC 20015-2052
Email:        jsg@mowrygrimson.com
              bpc@mowrygrimson.com
              jac@mowrygrimson.com
              khm@mowrygrimson.com
              smw@mowrygrimson.com
              cyl@mowrygrimson.com

Craig Anderson Lewis, Esq.
Lindsay K. Brown, Esq.
Nicholas W. Laneville, I, Esq.
Hogan Lovells US LLP
Columbia Square Building
555 Thirteenth Street, NW
Washington, DC 20004
Email:        craig.lewis@hoganlovells.com
              Lindsay.Brown@hoganlovells.com
              nicholas.laneville@hoganlovells.com

Case 1:22-cv-00219-CRK    Document 133    Filed 05/30/25    Page 3 of 4

Consol. Court No. 22-00219                                    Page **3** of **4**

Kara Marie Westercamp, Esq.
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Email:        kara.m.westercamp@usdoj.gov

Fee Pauwels, Esq.
Jack Dunkelman, Esq.
William Mitchell Purdy, Esq.
Of Counsel
U.S. Department of Commerce
Office of Chief Counsel for Trade Enforcement & Compliance
1401 Constitution Avenue, NW.
Washington, DC 20230
Email:        fee.pauwels@trade.gov
              jack.dunkelman@trade.gov
              william.purdy@trade.gov

Timothy C. Brightbill, Esq.
Laura El-Sabaawi, Esq.
Paul A. Devamithran, Esq.
Stephanie Manaker Bell, Esq.
Wiley Rein, LLP
2050 M Street, NW
Washington, DC 20036
Email:        tbrightbill@wiley.law
              lel-sabaawi@wiley.law
              pdevamithran@wiley.law
              sbell@wiley.law

        Re:    *Jinko Solar Import and Export Co. Ltd. et al v. United States*
               Consol. Court No. 22-00219

Dear Counsel:

        It is my intention to issue a public version of the Opinion and Order in the
above-captioned proceeding on or shortly after Friday, June 6, 2025. The court has
double-bracketed information that was designated as confidential in the underlying
record.  However, out of an abundance of caution, I would like you to review the
Opinion and Order and inform the court by Thursday, June 5, 2025 in writing, (1)
whether any information not already in brackets is confidential and should be double-
bracketed in the public version, or (2) whether any information already in brackets is
not confidential and should not be double-bracketed in the public version.  If you do

believe any additional information should or should not be redacted from the public version, please state the basis for your belief.

Thank you for your assistance.

Sincerely,

/s/ Claire R. Kelly
Claire R. Kelly, Judge