IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

_____

| | |
|---|---|
| JINKO SOLAR IMPORT AND EXPORT CO., LTD., ET AL., | )<br>)<br>) |
| *Plaintiffs*, | ) |
| and | ) |
| JA SOLAR TECHNOLOGY YANGZHOU CO., LTD., ET AL., | )<br>) |
| *Plaintiff-Intervenors,* | ) |
| v. | ) Consol. Court No. 22-00219 |
| UNITED STATES, | ) |
| *Defendant*, | ) |
| and | ) |
| AMERICAN ALLIANCE FOR SOLAR MANUFACTURING, | )<br>) |
| *Defendant-Intervenor.* | ) |

_____)

**MOTION FOR A STAY
IN LIGHT OF LAPSE OF APPROPRIATIONS**

The United States of America hereby moves for a stay of deadlines, including the Department of Commerce's deadline to file the administrative record, in the above-captioned case.

1.	At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies,

1

including the Department of Commerce. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the Department of Commerce are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. The Department of Commerce has no personnel who are excepted and able to compile the administrative record during a lapse in appropriations.

3. Undersigned counsel for the Department of Justice therefore requests a stay of deadlines until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – *i.e.*, each deadline would be extended by the total number of days of the lapse in appropriations.

5. Counsel for all parties have consented to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of deadlines, including the deadline to file the administrative record, in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

        PATRICIA M. McCARTHY
        Director

        <u>/s/ Reginald T. Blades, Jr.</u>
        REGINALD T. BLADES, JR.
        Assistant Director

        <u>/s/ An Hoang</u>
        AN HOANG
        Trial Attorney
        Commercial Litigation Branch
        Civil Division
        Department of Justice
        P.O. Box 480, Ben Franklin Station
        Washington, D.C. 20044
        (202) 616-3226
        An.Hoang@usdoj.gov

Date: October 1, 2025        *Attorneys for Defendant*

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| JINKO SOLAR IMPORT AND EXPORT CO., LTD., ET AL., | ) ) ) |
| *Plaintiffs*, | ) ) |
| and | ) ) |
| JA SOLAR TECHNOLOGY YANGZHOU CO., LTD., ET AL., | ) ) ) |
| *Plaintiff-Intervenors* | ) ) |
| v. | ) ) Consol. Court No. 22-00219 |
| UNITED STATES, | ) ) |
| *Defendant*, | ) ) |
| and | ) ) |
| AMERICAN ALLIANCE FOR SOLAR MANUFACTURING, | ) ) ) |
| *Defendant-Intervenor.* | ) |

ORDER

On consideration of defendant's motion for a stay, it is hereby

ORDERED that the motion for stay is GRANTED.

DATED: _____, 2025      _____
        New York, New York                              JUDGE

1