IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| JINKO SOLAR IMPORT AND EXPORT CO., LTD., ET AL., | ) ) ) |
| *Plaintiffs*, | ) ) |
| and | ) ) |
| JA SOLAR TECHNOLOGY YANGZHOU CO., LTD., ET AL., | ) ) ) |
| *Plaintiff-Intervenors,* | ) ) |
| v. | ) ) Consol. Court No. 22-00219 |
| UNITED STATES, | ) ) |
| *Defendant*, | ) ) |
| and | ) ) |
| AMERICAN ALLIANCE FOR SOLAR MANUFACTURING, | ) ) ) |
| *Defendant-Intervenor*. | ) ) |

## JOINT STATUS REPORT AND PROPOSED SCHEDULING ORDER

Pursuant to the Court's October 1, 2025 order (ECF No. 150), the parties have met and conferred on a revised schedule for this case. On November 18, 2025, counsel for the United States contacted respective counsel for plaintiffs, plaintiff-intervenors, and defendant-intervenor. On November 18, 2025, counsel for all parties indicated their consent to the following revised schedule:

1. Commerce shall file the administrative record for its remand redetermination

1

on or before November 24, 2025;

2. Parties shall file comments on the agency's remand determination on or before January 5, 2026;

3. Parties shall file their replies to the comments on the redetermination on or before February 4, 2026; and

4. Parties shall file the joint appendix, including the entire confidential record, on or before February 18, 2026.

Should any of the parties need to amend the scheduling order for good cause, parties will endeavor to reach consensus as to the scope of the amendment before requesting the Court's attention.

    Respectfully submitted,

    BRETT A. SHUMATE
    Assistant Attorney General

    PATRICIA M. MCCARTHY
    Director

    s/ Reginald T. Blades, Jr.
    REGINALD T. BLADES, JR.
    Assistant Director

| OF COUNSEL: | s/ An Hoang |
|---|---|
| JACK DUNKELMAN | AN HOANG |
| Attorney | Trial Attorney |
| U.S. Department of Commerce | U.S. Department of Justice |
| Office of the Chief Counsel For Trade | Civil Division |
|    Enforcement and Compliance | Commercial Litigation Branch |
| 1401 Constitution Avenue, NW | P.O. Box 480, Ben Franklin Station |
| Washington, D.C. 20230 | Washington D.C. 20044 |
| Tel: (202) 306-4996 | (202) 616-3226 |
| Fax: (202) 482-4912 | An.Hoang@usdoj.gov |
| Email: jack.dunkelman@trade.gov | |

November 18, 2025                                          Attorneys for Defendant

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| JINKO SOLAR IMPORT AND EXPORT CO., LTD., ET AL., | ) ) ) |
| *Plaintiffs*, | ) ) |
| and | ) ) |
| JA SOLAR TECHNOLOGY YANGZHOU CO., LTD., ET AL., | ) ) ) |
| *Plaintiff-Intervenors* | ) ) |
| v. | ) ) Consol. Court No. 22-00219 |
| UNITED STATES, | ) ) |
| *Defendant*, | ) ) |
| and | ) ) |
| AMERICAN ALLIANCE FOR SOLAR MANUFACTURING, | ) ) ) |
| *Defendant-Intervenor*. | ) ) |

### [PROPOSED] ORDER

Upon consideration of the revised schedule proposed in the parties' joint status report, and all other papers and proceedings in this action, it is hereby

**ORDERED** that this action shall proceed in accordance with the schedule set forth below:

1. Commerce shall file the administrative record for its remand redetermination on or before November 24, 2025;

1

2. Parties shall file comments on the agency's remand determination on or before January 5, 2026;

3. Parties shall file their replies to the comments on the redetermination on or before February 4, 2026; and

4. Parties shall file the joint appendix, including the entire confidential record, on or before February 18, 2026.

DATED: _____, 2025      _____
         New York, New York                          JUDGE