UNITED STATES DEPARTMENT OF COMMERCE
Office of the General Counsel
OFFICE OF THE CHIEF COUNSEL FOR TRADE ENFORCEMENT & COMPLIANCE
Washington, D.C. 20230

August 13, 2026

**FILED ELECTRONICALLY VIA CM/ECF**

Gina Justice
Clerk of the Court
U.S. Court of International Trade
One Federal Plaza
New York, NY 10278-0001

Re: Redetermination Pursuant to Court Remand Order in *Jinko Solar Import and Export Co., Ltd., et. al. v. United* States, Consol. Court No. 22-00219

Dear Ms. Justice:

Pursuant to the Court's orders of March 30, 2026 and June 22, 2026, please find attached the U.S. Department of Commerce's Redetermination Pursuant to Court Remand in the above-captioned action. The remand redetermination is a public document.

In accordance with Court Rule 56.2(h)(1), filing of the administrative record index for the remand proceeding will follow under separate cover. Should you have any questions concerning the matter, please contact me at (202) 306-4996.

Respectfully submitted,

/s Jack Dunkelman
Jack Dunkelman
Attorney
Office of the Chief Counsel
for Trade Enforcement & Compliance

Attachment

cc:

An Hoang
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Phone: (202) 616-3226
Fax: (202) 307-0972
Email: an.hoang@usdoj.gov

Ned H. Marshak
Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt, LLP
599 Lexington Avenue 36th Floor
New York, NY 10022
Phone: (212) 557-4000
Fax: (212) 557-4415
Email: nmarshak@gdlsk.com

Jonathan M. Freed
Trade Pacific PLLC
700 Pennsylvania Avenue, SE
Suite 500
Washington, DC 20003
Phone: (202) 223-3760
Fax: (202) 223-3763
Email: jfreed@tradepacificlaw.com

Jeffrey S. Grimson
Mowry & Grimson, PLLC
5335 Wisconsin Avenue, NW.
Suite 810
Washington, DC 20015-2052
Phone: (202) 688-3610
Fax: (202) 595-8968
Email: jsg@mowrygrimson.com

Craig A. Lewis
Hogan Lovells US LLP
Columbia Square Building
555 Thirteenth Street, NW
Washington, DC 20004
Phone: (202) 637-8613
Fax: (202) 637-5910
Email: craig.lewis@hoganlovells.com

Gregory S. Menegaz
The Inter-Global Trade Law Group PLLC
1156 15th Street, NW
Suite 1101
Phone: (202) 868-0300
Email: gmenegaz@igtlaw.com

Timothy C. Brightbill
Wiley Rein, LLP
2050 M Street, NW
Washington, DC 20036
Phone: (202) 719-3138
Fax: (202) 719-7049
Email: tbrightbill@wiley.law