**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

| | | |
|---|---|---|
| JINKO SOLAR IMPORT AND EXPORT CO., LTD., *ET AL.*,<br><br>Plaintiffs,<br><br>and<br><br>JA SOLAR TECHNOLOGY YANGZHOU CO., LTD., *ET AL.*,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>AMERICAN ALLIANCE FOR SOLAR MANUFACTURING,<br><br>Defendant-Intervenor. | ) | Consol. Court No. 22-00219 |

DEFENDANT'S REQUEST TO SUSTAIN REMAND RESULTS

Defendant, the United States, respectfully requests that the Court sustain the Department of Commerce's remand results and enter judgment in favor of the United States. *See* Final Results of Redetermination (August 13, 2026) (Remand Results), ECF No. 185-1. Commerce has fully complied with the Court's remand order in this case. *See* Opinion and Order, ECF No. 180. Pursuant to that order, Commerce reconsidered the use of Romanian import data to calculate Jinko and Risen's dumping margins and

reconsidered its separate rate determination for JA Solar and BYD.[1] *See* Remand Results at 10. Commerce reopened the record and obtained CONNUM-specific kilogram per square meter glass conversion factors from Jinko and Risen to value their glass consumption with Malaysian import data. Remand Results at 7–8. Commerce then recalculated Jinko and Risen's dumping margins. Remand Results at 7, 10–11. Commerce additionally revised the separate rates assigned to JA Solar and BYD. Remand Results at 8–9.

Plaintiffs Jinko, JA Solar, and BYD filed comments requesting that the Court affirm or sustain Commerce's remand results. *See* ECF Nos. 187 (Jinko), 188 (JA Solar), 189 (BYD). Defendant-intervenor American Alliance for Solar Manufacturing filed comments reiterating that "Commerce's prior selection of the Romanian HTS category to value solar glass remains preferrable" but "recogniz[ing] that Commerce's third remand results are consistent with the Court's remand order." *See* ECF No. 190 at 5. No other party has filed comments on the remand results. Because no party contests Commerce's

---

[1] "Jinko" refers to the following companies: 1) Jinko Solar Import and Export Co., Ltd.; 2) Jinko Solar Co., Ltd.; 3) Jinkosolar Technology (Haining) Co., Ltd.; 4) Yuhuan Jinko Solar Co., Ltd.; 5) Zhejiang Jinko Solar Co., Ltd.; 6) Jiangsu Jinko Tiansheng Solar Co., Ltd.; 7) Jinkosolar (Chuzhou) Co., Ltd.; 8) Jinkosolar (Yiwu) Co., Ltd.; and 9) Jinkosolar (Shangrao) Co., Ltd.

"Risen" refers to the following companies: 1) Risen Energy Co. Ltd.; 2) Risen (Wuhai) New Energy Co., Ltd.; Zhejiang Twinsel Electronic Technology Co., Ltd.; Risen (Luoyang) New Energy Co., Ltd.; Jiujiang Shengzhao Xinye Technology Co., Ltd.; Jiujiang Shengzhao Xinye Trade Co., Ltd.; Ruichang Branch/Risen Energy (HongKong) Co., Ltd.; Risen Energy (Changzhou) Co., Ltd.; and Risen Energy (YIWU) Co., Ltd.

"JA Solar" refers to JA Solar Technology Yangzhou Co., Ltd., and Shanghai JA Solar Technology Co., Ltd.

"BYD" refers to BYD (Shangluo) Industrial Co., Ltd.

remand results, we respectfully request that the Court sustain Commerce's remand results and enter final judgment in favor of the United States.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA McCARTHY
Director

REGINALD T. BLADES, Jr.
Assistant Director

<u>/s/ An Hoang</u>
An Hoang
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
PO Box 480
Ben Franklin Station
Washington, DC 20044
(202) 616-3226
An.Hoang@usdoj.org

*Attorneys for Defendant*

OF COUNSEL:
Jack Dunkelman
Attorney
U.S. Department of Commerce
Office of the Chief Counsel for Trade
Enforcement and Compliance

October 6, 2026

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| JINKO SOLAR IMPORT AND EXPORT CO., LTD., *ET AL.*,<br><br>Plaintiffs,<br><br>and<br><br>JA SOLAR TECHNOLOGY YANGZHOU CO., LTD., *ET AL.*,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>AMERICAN ALLIANCE FOR SOLAR MANUFACTURING,<br><br>Defendant-Intervenor. | Consol. Court No. 22-00219 |

ORDER

Upon consideration of the Department of Commerce's final results of redetermination pursuant to Court remand, dated August 13, 2026, ECF No 185, the record of this proceeding, and all other pertinent papers, it is hereby

**ORDERED** that the final results of redetermination pursuant to Court remand are sustained; and it is further

**ORDERED** that judgment shall issue for the United States.

DATED: ____________________, 2026
New York, New York

____________________________________
JUDGE