UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| JINKO SOLAR IMPORT AND EXPORT CO. LTD., ET AL.,<br>Consolidated Plaintiff,<br><br>and<br><br>RISEN ENERGY CO., LTD.,<br>Consolidated Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br>Defendant,<br><br>and<br><br>AMERICAN ALLIANCE FOR SOLAR MANUFACTURING,<br>Defendant-Intervenor. | **PUBLIC DOCUMENT**<br><br>Consol. Court No. 22-00219 |

**CONSOLIDATED PLAINTIFF**
**RISEN ENERGY CO., LTD. 'S REPLY COMMENTS**
**IN SUPPORT OF REMAND**

Gregory S. Menegaz
Alexandra H. Salzman
Vivien J. Wang
**INTER-GLOBAL TRADE LAW GROUP**
Suite 1101
1156 15th St., N.W. 20005
Tel: (202) 868-0300
email: gmenegaz@igtlaw.com
*Counsel to Consolidated Plaintiff*
*Risen Energy Co., LTD.*

Dated: October 14, 2026

Consolidated Plaintiff Risen Energy Co., Ltd. ("Risen") hereby files reply comments in support of the Department's Third Remand Results. *See* Third Remand Results (October 13, 2026); *see also* Slip Op. 26-30 (CIT 2026). The Court remanded to the Department the valuation of solar glass using a Romanian import price. In the Third Remand Results, the Department relied upon Respondents' (including Risen) own glass consumption converted to square meters based on each Respondents' actual CONNUM-specific glass conversion and valued each Respondents' glass input with the Malaysian square meter import price. The resulting margin calculated for Risen was *de minimis*.

Risen, along with the other Consolidated Plaintiffs and Plaintiff-Intervenors, support the Department's Third Remand Results. ECF 187, 188, 189. The Department followed the Court's remand instructions and relied upon the most accurate information to value Respondents' glass inputs. The only comments made in opposition to the remand were made by the Alliance. ECF 190. Notably, the Alliance made no comments on the draft remand before the agency, therefore they cannot raise any new arguments or objections now before the Court. In the Alliance's remand comments on the third remand before this Court, the Alliance merely reiterated arguments made in the earlier proceedings that have already been addressed by this Court and even concedes that they recognizes that the Third Remand Results are consistent with the Court's opinion. *Id*. at 5. Accordingly, there are no issues or opposition to address now before the Court. Risen supports the Department's Third Remand Results and supports the Defendant's request to this Court to sustain the remand results. ECF 191.

In light of the foregoing, the Department's Third Remand Results are supported by substantial evidence. Risen respectfully requests that this Court sustain the remand determination.

Respectfully submitted,

/s/ Gregory S. Menegaz

Gregory S. Menegaz
Alexandra H. Salzman
Vivien J. Wang
**INTER-GLOBAL TRADE LAW GROUP**
Suite 1101
1156 15th St., N.W. 20005
Tel: (202) 868-0300
email: gmenegaz@igtlaw.com
*Counsel to Consolidated Plaintiff Risen Energy Co., LTD.*

Date: October 14, 2026

**Word Count Certificate of Compliance**

This brief has been prepared utilizing Microsoft Word 2007 using a proportionally spaced typeface (12 point Times New Roman font).

In accordance with this Court's Scheduling Order and the Chambers Procedures of the United States Court of International Trade, the undersigned certifies that his brief complies with the word limitations set forth. Specifically, excluding those exempted portions of the brief, as set forth in 2 B (1) of the Chambers Procedures, I hereby certify that this brief contains **288** words. In accordance with the Chambers Procedures, this certified word count is based on the word count feature in the word processing system (Microsoft Word) used to prepare this brief.

/s/ Gregory S. Menegaz

Gregory S. Menegaz
**INTER-GLOBAL TRADE LAW GROUP**
Suite 1101
1156 Fifteenth Street., N.W. 20005
*Counsel to Consolidated Plaintiff*
*Risen Energy Co., LTD.*