UNITED STATES COURT OF INTERNATIONAL TRADE
NEW YORK, NEW YORK

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

JINKO SOLAR IMPORT AND EXPORT CO., LTD., *et al.*,

Plaintiffs,

and

JA SOLAR TECHNOLOGY YANGZHOU CO., LTD., *et al.*,

Plaintiff-Intervenors,

v.

UNITED STATES,

Defendant,

and

AMERICAN ALLIANCE FOR SOLAR MANUFACTURING,

Defendant-Intervenor.

Consol. Court No. 22-00219

**CONSOLIDATED PLAINTIFF BYD (SHANGLUO) INDUSTRIAL CO., LTD.'S REPLY COMMENTS ON COMMERCE'S THIRD REMAND REDETERMINATION**

HOGAN LOVELLS
CADWALADER US LLP
Columbia Square Building
555 Thirteenth Street, NW
Washington, DC 20004
Phone: +1.202.637.5600
Fax: +1.202.637.5910

*Counsel to BYD (Shangluo) Industrial Co., Ltd.*

October 14, 2026

**CONSOLIDATED PLAINTIFF BYD (SHANGLUO) INDUSTRIAL CO., LTD.'S REPLY COMMENTS ON COMMERCE'S THIRD REMAND REDETERMINATION**

Consolidated Plaintiff BYD (Shangluo) Industrial Co., Ltd. ("Shangluo BYD") submits the following reply comments in support of the U.S. Department of Commerce's ("Commerce") Final Results of Redetermination Pursuant to Court Remand (Aug. 13, 2026), ECF No. 185 ("Third Remand Determination"), and in response to the Defendant-Intervenor American Alliance for Solar Manufacturing's (the "Alliance") Comments on the Remand Results (Sept. 14, 2026), ECF No. 190 ("Alliance CIT Comments").

Shangluo BYD supports and hereby incorporates by reference the reply comments submitted by Plaintiff Jinko Solar Import and Export Co., Ltd. et al. ("Jinko") and Consolidated Plaintiff Risen Energy Co., Ltd. ("Risen") in response to the Alliance's comments. *See* Plaintiffs' Reply Comments on Commerce's Third Remand Redetermination (Oct. 14, 2026), ECF No. 193 ("Jinko Reply Comments"); Consolidated Plaintiff Risen Energy Co., Ltd.'s Reply Comments In Support of Remand (Oct. 14, 2026), ECF No. 192 ("Risen Reply Comments"). For the reasons set forth in Jinko's and Risen's reply comments, the Alliance failed to exhaust its administrative remedies by failing to submit comments on Commerce's Draft Results of Redetermination Pursuant to Court Remand (July 28, 2026), and Commerce's Third Remand Determination complies with the Court's remand order and is supported by substantial evidence. Moreover, the Alliance itself concedes that the Third Remand Determination is consistent with the Court's remand order. *See* Alliance CIT Comments at 5.

As explained in Shangluo BYD's comments on the Third Remand Determination, Shangluo BYD supports Commerce's valuation of solar glass and Commerce's resulting recalculation of the dumping margin applicable to separate rate respondents, including Shangluo

BYD. *See* Consolidated Plaintiff BYD (Shangluo) Industrial Co., Ltd.'s Comments on Third Remand Redetermination (Sept. 14, 2026), ECF No. 189, at 2–4.

Accordingly, for the foregoing reasons, and those submitted in Jinko's and Risen's reply comments, Shangluo BYD respectfully requests that this Court affirm Commerce's *Third Remand Determination*.

Respectfully submitted,

/s/ Craig A. Lewis
Craig A. Lewis

HOGAN LOVELLS
CADWALADER US LLP
Columbia Square Building
555 Thirteenth Street, NW
Washington, DC 20004
Phone: +1.202.637.5600
Fax: +1.202.637.5910
E-mail: craig.lewis@hlc.com

*Counsel to BYD (Shangluo) Industrial Co., Ltd.*

Dated: October 14, 2026

**CERTIFICATE OF COMPLIANCE**

As required by Paragraph 2 of the Standard Chambers Procedures of the Court of International Trade, I, Craig A. Lewis, hereby certify that this reply complies with the word limitations set forth in Paragraph 2(B) of the Standard Chamber Procedures. Excluding the table of contents, table of authorities, and signature block, the word count for this brief is 318 words. This brief thus complies with the Standard Chambers Procedures, which permits responses to the agency's remand determination of 10,000 words or fewer.

Respectfully submitted,

*/s/* Craig A. Lewis
Craig A. Lewis

HOGAN LOVELLS
CADWALADER US LLP
Columbia Square Building
555 Thirteenth Street, NW
Washington, DC 20004
Phone: +1.202.637.5600
Fax: +1.202.637.5910
E-mail: craig.lewis@hlc.com

*Counsel to BYD (Shangluo) Industrial Co., Ltd.*

Dated: October 14, 2026